IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANERTEK LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>ABB, INC.,<br><br>      Defendant. | C.A. No. 17-1460-RGA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Banertek LLC and Defendant ABB, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of all remaining claims and counterclaims in this action, WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: September 13, 2018

| | |
|---|---|
| BAYARD, P.A. | BARNES & THORNBURG LLP |
| */s/ Stephen B. Brauerman* <br>Stephen B. Brauerman (#4952)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br><br>*Attorney for Plaintiff*<br>*Banertek LLC* | */s/ Chad S.C. Stover*<br>Chad S.C. Stover (#4919)<br>Regina S.E. Murphy (#5648)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 300-3456<br>chad.stover@btlaw.com<br>gigi.murphy@btlaw.com<br><br>*Attorneys for Defendant*<br>*ABB, Inc.* |

IT IS SO ORDERED this __13__ day of __September__, 2018.

_____
United States District Judge